■ FERNANDO ECHEVERRI, Appellant, v EMPERATRIZ ECHEVERRI, Respondent. [718 NYS2d 315] —Order, Supreme Court, New

York County (Walter Tolub, J.), entered February 4, 2000, which, *inter alia*, denied plaintiff's motion to set aside the parties' child support agreement, unanimously affirmed, without costs.

The subject child support agreement was fair and reasonable at the time it was entered into (*see*, Domestic Relations Law § 236 [B] [3]), and should not be set aside as noncompliant with Domestic Relations Law § 240 (1-b) (h) for having incorrectly stated that, under the Child Support Standards Act, plaintiff's basic child support obligation for the parties' two children would have been 20% or 25% of the parties' combined income. We have considered plaintiff's other arguments and find them to be unavailing. Concur—Lerner, Andrias, Saxe, Buckley and Friedman, JJ.